■ EMERSON C. TALBOTT et al., Appellants, v. WESTNAU LAND CORP. et al., Respondents.— In an action to declare a deed of real property executed by plaintiffs to defendant Westnau Land Corp. a nullity and to recover damages, plaintiffs appeal from a judgment of the Supreme Court, Suffolk County, dated October 6, 1972 and made after a nonjury trial, which, *inter alia*, declined to render the declaration requested. Judgment modified, on the law, by striking therefrom the decretal provision declining to render the declaration requested and by substituting therefor a provision declaring that the deed is good and lawful. As so modified, judgment affirmed, without costs. When in an action for declaratory judgment the plaintiff is not entitled to the declaration sought, the complaint should not be dismissed but the court should declare the parties' rights with respect to the subject matter of the litigation (*Lanza* v. *Wagner*, 11 N Y 2d 317, 334). Latham, Shapiro, Gulotta and Benjamin, JJ., concur; Munder, Acting P. J., not voting.

■ JEAN TORREGROSSA et al., Plaintiffs, v. BOHACK CORP., Defendant and Third-Party Plaintiff-Appellant; SWIFT & Co., Third-Party Defendant-Respondent.—In a negligence action to recover damages for personal injuries and loss of services, the defendant-third-party plaintiff appeals from (1) an order of the Supreme Court, Suffolk County, entered November 9, 1972, which granted the third-party defendant's motion for summary judgment dismissing the third-party complaint, (2) a judgment of the same court entered November 30, 1972 thereon and (3) an order of the same court dated December 20, 1972, which denied reargument of the motion for summary judgment. Order of November 9, 1972 and judgment entered thereon reversed, on the law, and motion for summary judgment denied. Triable issues of fact are present requiring denial of the motion for summary judgment. Appeal from order dated December 20, 1972 dismissed. An order denying reargument of a motion is not appealable. Appellant is awarded one bill of $20 costs and disbursements to cover all the appeals. Munder, Acting P. J., Latham, Shapiro, Gulotta and Benjamin, JJ., concur.